# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Laurelle Sturdivant,

       Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   3:08cv194

Monroe Police Department, et al,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/6/2008 Order.

Signed: May 6, 2008

Frank G. Johns, Clerk
United States District Court